UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA  CRIMINAL NO. 06-72-FJP-SCR

VERSUS

REGINALD JACKSON

### ORDER

Considering the foregoing;

IT IS HEREBY ORDERED that the bond deposit of $1,000 and any accrued interest in this matter, be released from the Registry of the Court;

IT IS FURTHER ORDERED that the clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $1,000 plus any accrued interest, payable to Barnetta Maryland, social security number xxx-xx-6715, and mail or deliver the check to Barnetta Maryland at xxxxxxxxxxx Street, Walker, Louisiana.

BATON ROUGE, LOUISIANA, this __14__ day of __Feb.__, 2008.

_____
HONORABLE FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE